AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

United States District of Arizona

NANCY SANDIG
Plaintiff (s),
V.
DONALD J. PLINER OF FLORIDA, INC.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2-10-CV-02462-JWS

Notice is hereby given that, subject to approval by the court, Nancy Sandig (Party (s) Name) substitutes Hamid Jabbar (Name of New Attorney), State Bar No. 026025 as counsel of record in place of Sharon S. Moyer and Adrian L. Barton (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Jabbar Law Firm
Address: 3131 East Camelback Road, Ste. 200, Phoenix, AZ 85016
Telephone: (602) 341-3454 Facsimile (602) 341-3151
E-Mail (Optional): hamid@jabbarlegal.com

I consent to the above substitution.
Date: Jan. 25, 2011

(Signature of Party (s))

I consent to being substituted.
Date: 1/25/11

Adrian L. Barton
Sharon Moyer
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/26/11

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: ____________________ ____________________
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**