```
                    UNITED STATES DISTRICT COURT

                        DISTRICT OF ARIZONA


NANCY SANDIG, an individual,   )
                               )
     Plaintiff,                )
                               )
     vs.                       )     2:10-cv-02462-JWS
                               )
DONALD J. PLINER OF FLORIDA,   )
INC., et al.,                  )
                               )
     Defendants.               )
_____)
```

The stipulation at docket 53 is approved. This case has been dismissed with prejudice, each party to bear his own costs. The Clerk will please close this file.

DATED this 20th day of February 2012.

/s/ JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE